UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANCISCO A. RODRIGUEZ | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-235 |
| | § | |
| CAMERON COUNTY AND | § | |
| CAMERON COUNTY SHERIFF'S | § | |
| DEPARTMENT | § | |
| | § | |
| Defendant | § | |

### PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes, FRANCISCO A. ROGRIGUEZ, Plaintiff, complaining of

CAMERON COUNTY AND CAMERON COUNTY SHERIFF'S DEPARTMENT,

Defendants, and for cause of action would show the Court as follows:

### I. PARTIES

1.      Plaintiff, FRANCISCO A. ROGRIGUEZ, is a male citizen of the United States

and resides at 2234 Del Valle Blvd., Brownsville, Cameron County, Texas.

2.      Defendant, CAMERON COUNTY, is a Texas county, a unit of local government

of the State of Texas.  Defendant may be served with process by serving the Honorable

Gilberto Hinojosa, Cameron County Judge, at 974 E. Harrison St. 4th Floor

Administration Bldg.  Brownsville, Texas 78520.

3.      Defendant, CAMERON COUNTY SHERIFF'S DEPARTMENT, is a unit of

local government of the State of Texas.  Defendant may be served with process by

serving the Cameron County Sheriff, Conrado Cantu, at <u>7300 Old Alice Road Olmito, Texas 78575</u>.

## II. JURSIDICTION AND VENUE

4.  This action is brought for damages pursuant to 42 U.S.C. § 1983, 28 U.S.C. §§ 2201, 2202 and the Fourteenth Amendment and Eighth Amendment to the United States Constitution.

5.  Jurisdiction is predicated upon 28 U.S.C. §§ 1331, 1343(3) and (4), 42 U.S.C. § 1983 and the Fourteenth Amendment and Eighth Amendment to the United States Constitution. This claim arose in the Southern District of Texas, and thus, venue is appropriate under 28 U.S.C. § 1391(b).

6.  The court has supplement jurisdiction of state law claims under 28 U.S.C. § 1367 as the state claims are closely related to the federal claims and arise from the same set of factual allegations.

## III. ADMINISTRATIVE PROCEDURES

7.  Plaintiff, FRANCISCO A. ROGRIGUEZ, sent Notice concerning these allegations and damages by letter dated December 23, 2003 to Cameron County and Cameron County Sheriff's Department, attached hereto as Exhibit "A."

## IV. FACTS

8.  The occurrence giving rise to this claim took place on or about December 27, 2001, at the Los Indios International Bridge in Cameron County, Texas. Mr. Rodriguez was unlawfully detained for a prolonged period due to a suspicion that the automobile he was driving was stolen. Mr. Rodriguez's automobile was then unlawfully confiscated by County authorities and impounded. Francisco Rodriguez was then detained in the Cameron County Jail and had to post bond. Mr. Rodriguez was unlawfully charged with theft by possession of the automobile he legally owned. Francisco Rodriguez had

complete title and ownership of the automobile he was driving, which was a 1986 GMC truck.

9.  As a direct and proximate result of the actions of Cameron County, Mr. Rodriguez was charged and illegally, negligently detained by Cameron County authorities. Plaintiff has suffered damages from the actions of Defendants. Plaintiff, Francisco Rodriguez' car was impounded and he had to post bond after being negligently detained. Further, Plaintiff's reputation has been damaged.

### V. CIVIL RIGHTS VIOLATIONS ALLEGED

10. The failure to withdraw an arrest warrant and illegally confine Plaintiff constitutes a denial of vested rights pursuant to the Fourteenth Amendment of the United States Constitution. Such denials are unconstitutional under the U.S. Constitution in several respects, including but not limited to the following:

> (a.) The unwritten rules and their threatened and present enforcement arbitrarily and irrationally discriminate against, and separately classify and treat Plaintiff differently from others who are similarly situated.
>
> (b.) They deprived Plaintiff of the substantive and procedural due process of the laws.

11. Further, the failure to withdraw an arrest warrant and illegally confine Plaintiff constitutes "cruel and unusual punishment," in violation of the Eighth Amendment of the United States Constitution.

### STATE CLAIMS ALLEGED

### VI. DEFAMATION

12. Defendants, in failing to withdraw an arrest warrant and illegally confining Plaintiff, made statements and charges against him which were untrue and defamed his

reputation. In conversations with Plaintiff and to third parties regarding his negligent detainment, Defendants slandered his character.

13.     Plaintiff, FRANCISCO A. ROGRIGUEZ resides in Cameron County. Prior to the defamatory statements and false allegations of theft charges made against Plaintiff, as described above, FRANCISCO RODRIGUEZ enjoyed a reputation for being diligent, honest, and a law abiding citizen.

14.     As a direct and proximate result of the Defendants' false, defamatory statements and allegations, Plaintiff, FRANCISCO A. ROGRIGUEZ' reputation was severely injured. The allegations contained in the defamatory accusations have caused the Plaintiff to suffer extreme mental anguish, public humiliation, and embarrassment.

## VII. NEGLIGENCE

15.     As a direct and proximate result of the actions of Cameron County and Cameron County Sheriff's Department, as described above, FRANCISCO RODIGUEZ was charged and negligently detained by Cameron County authorities. Due to the Defendants' negligent failure to withdraw the arrest warrant and negligence in confining him, Plaintiff has suffered damages from the above described incident.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays this Court to:

1.  Order Defendants to be taxed with the costs of this action, including reasonable attorneys' fees for prosecution of this action;
2.  Grant judgment against Defendants, jointly and severally, for damages sustained by Plaintiff in a sum to be determined by the trier of fact; and
3.  Grant such additional relief as to the Court may seem just and proper.

Respectfully submitted,

**THE SALINAS LAW FIRM, P.L.L.C.**
Water Tower Centre
612 Nolana, Ste. #350
McAllen, Texas 78504
Telephone: (956) 661-8000
Facsimile: (956) 661-8001


JACQUELINE R. SALINAS
State Bar No. 24027947
Federal I.D. No. 30922

**ATTORNEY FOR PLAINTIFF**

# EXHIBIT "A"

# The
# SALINAS LAW FIRM

612 Nolana, Ste. 350
McAllen, Texas 78504
(956) 661-8000 • FAX (956) 661-8001
e-mail: salinaslawfirm@hotmail.com

December 23, 2003

<u>VIA C.M.R.R.R. #7003 1680 0001 6992 3533</u>
Judge Gilberto Hinojosa
974 E. Harrison St.
4th Floor Administration Building
Brownsville, Texas 78520

     **RE:**                 NOTICE OF CLAIM
     **Our Client:**      Francisco A. Rodriguez
     **Date of Accident:**  12-27-01

The Honorable Gilberto Hinojosa:

    Francisco Rodriguez hired this law firm to assert this claim against Cameron County and Cameron County Sheriff's Department. This letter is notice that my client plans to file suit under the Texas Tort Claims Act. Under Texas Civil Practice & Remedies Code section 101.101(a), my client is required to provide you with notice of (1) the damage or injury claimed, (2) the time and place of the incident, and (3) the incident itself.

    The occurrence giving rise to this claim took place on December 27, 2001, at the Los Indios International Bridge in Cameron County, Texas. Mr. Rodriguez was unlawfully detained for a prolonged period due to a suspicion that the automobile he was driving was stolen. Mr. Rodriguez's automobile was then unlawfully confiscated by County Authorities and impounded. Mr. Rodriguez was then detained in the Cameron County Jail for one day and had to post bond. Mr. Rodriguez was unlawfully charged with "theft by possession" of the automobile he legally owned. Mr. Rodriguez had complete title and ownership of the automobile he was driving which was a 1986 GMC truck.

    As a direct and proximate result of the actions of Cameron County in failing to withdraw the arrest warrant, Mr. Rodriguez was illegally arrested and was negligently

confined by Cameron County authorities. Mr. Rodriguez seeks compensation for these actions, as the false allegations made against him defamed his character and constituted infringements of his constitutional rights. Francisco Rodriguez incurred economical damages in the amount of $1,000 for bond release and $207.43, which was the cost of the wrecker and impounding of his vehicle.

My client wishes to resolve this matter amicably before ensuing further litigation. Thus, your attention to this matter is appreciated.

Sincerely,

Jacqueline R. Salinas
Attorney at Law

JRS/rs

# THE
# SALINAS LAW FIRM

612 Nolana, Ste. 350
McAllen, Texas 78504
(956) 661-8900 • FAX (956) 661-8901
e-mail: salinaslawfirm@hotmail.com

December 23, 2003

**VIA C.M.R.R.R. #7003 1680 0001 6992 3540**
Sheriff Conrado Cantu
Cameron County Sheriff's Department
7300 Old Alice Road
Olmito, Texas 78575

| | |
|---|---|
| **RE:** | NOTICE OF CLAIM |
| **Our Client:** | Francisco A. Rodriguez |
| **Date of Accident:** | 12-27-01 |

Sheriff Conrado Cantu:

Francisco Rodriguez hired this law firm to assert this claim against Cameron County and Cameron County Sheriff's Department. This letter is notice that my client plans to file suit under the Texas Tort Claims Act. Under Texas Civil Practice & Remedies Code section 101.101(a), my client is required to provide you with notice of (1) the damage or injury claimed, (2) the time and place of the incident, and (3) the incident itself.

The occurrence giving rise to this claim took place on December 27, 2001, at the Los Indios International Bridge in Cameron County, Texas. Mr. Rodriguez was unlawfully detained for a prolonged period due to a suspicion that the automobile he was driving was stolen. Mr. Rodriguez's automobile was then unlawfully confiscated by County Authorities and impounded. Mr. Rodriguez was then detained in the Cameron County Jail for one day and had to post bond. Mr. Rodriguez was unlawfully charged with "theft by possession" of the automobile he legally owned. Mr. Rodriguez had complete title and ownership of the automobile he was driving which was a 1986 GMC truck.

As a direct and proximate result of the actions of Cameron County in failing to withdraw the arrest warrant, Mr. Rodriguez was illegally arrested and was negligently

confined by Cameron County authorities. Mr. Rodriguez seeks compensation for these actions, as the false allegations made against him defamed his character and constituted infringements of his constitutional rights. Francisco Rodriguez incurred economical damages in the amount of $1,000 for bond release and $207.43, which was the cost of the wrecker and impounding of his vehicle.

My client wishes to resolve this matter amicably before ensuing further litigation. Thus, your attention to this matter is appreciated.

Sincerely,

Jacqueline R. Salinas
Attorney at Law

JRS/rs