B-03-235        3

AO 440 (Rev.1/90) Summons in a Civil Action

| | | United States District Court Southern District of Texas |
|---|---|---|
| **RETURN OF SERVICE** | | |
| Service of the Summons and Complaint was made by me[1] | DATE 2-2-04 | FILED FEB 0 9 2004 |
| NAME OF SERVER (PRINT) Rose Marie Limon | TITLE | Michael N. Milby Clerk of Court |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Cameron County Court House (4th Floor / Judge Hinojosa's Office)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-2-04        Rose M. Limon
              Date              Signature of Server

1935 E Polk
Brownsville, TX 78520
Address of Server

2004 FEB -9 PM 4:37

BBV

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.