

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| FRANCISCO A. RODRIGUEZ | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action B-03-235 |
| CAMERON COUNTY, and CAMERON COUNTY SHERIFF'S DEPARTMENT | § § § § | |
| Defendants. | § § | |

## ORDER

BE IT REMEMBERED that on April 26, 2004, the Court **CONTINUED** the initial pretrial conference to May 17, 2004, at 3:45 p.m.

The parties have failed to file a joint discovery case management plan as required by this Court's Order Setting Conference [Dkt. No. 2]. The parties will hold their Rule 26(f) meeting and file a joint discovery case management plan by May 7, 2004.

The Court will issue an order on Defendants' motion to dismiss by April 30, 2004.

DONE at Brownsville, Texas, this 26th day of April 2004.

Hilda G. Tagle
United States District Judge